*William F. Tiernan, Jr.*, in opposition.

Decided September 15, 1998

## CONNECTICUT HOUSING FINANCE AUTHORITY *v.* JOHN FITCH COURT ASSOCIATES LIMITED PARTNERSHIP ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 49 Conn. App. 142 (AC 17299), is denied.

BERDON, J. dissenting. I would grant the defendants' petition for certification to appeal.

*Mark S. Baldwin* and *Kara J. Lane*, in support of the petition.

*James J. Tancredi*, in opposition.

Decided September 15, 1998